**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

26 CRM 351

---

**UNITED STATES of AMERICA**

**Vs.**

**THEODORE WOO**

**CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE**
**JUDGE ON A FELONY PLEA**
**ALLOCUTION**

**26 CR    ( )**                    ()

---

The undersigned defendant, advised by his or her undersigned attorney, consents to a

United States Magistrate Judge presiding over the proceedings required by Rule11, Fed. R.

Crim. P.,  for me to enter a plea of guilty in my case, or to change my plea, if one has been

previously made, from not guilty to guilty.  I understand that if my plea is accepted,  my

sentencing will take place before the United States District Judge who is assigned, or who is to

be assigned, to my case.

I understand that I have the absolute right to insist  that all Rule 11 proceedings be

conducted before an Article III  Judge, and hereby represent and confirm to the Magistrate Judge

that no threats or promises,  or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent on; _____

8-11-2026

x_____
Date
x_____
        Defendant

x_____
        Attorney for Defendant

Accepted by:_____
        United States Magistrate Judge