UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

THEODORE WOO,

Defendant.

**WAIVER OF INDICTMENT**

26 Cr.

**26 CRIM 351.**

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) & 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Theodore Woo
Defendant

_____
Witness

_____
Shrey Sharma, Esq.
Attorney for Defendant

Dated: New York, New York
       July 31, 2026